# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr98

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ANNA BLACKWELL BROWN. ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion for Extension of Plea Deadline [Doc. 10].

For the reasons stated in the Defendant's motion, the deadline for the filing of a plea agreement will be extended to February 15, 2012.

**IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion for Extension of Plea Deadline [Doc. 10] is **GRANTED**, and the deadline for the filing of a plea agreement is hereby **EXTENDED** to Feburary 15, 2012.

**IT IS SO ORDERED**.

Signed: February 14, 2012

Martin Reidinger
United States District Judge