# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr98

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| ANNA BLACKWELL BROWN. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion to Continue Jury Trial [Doc. 14].

On December 6, 2011, the Defendant was charged in a Bill of Indictment with mail theft by a Postal Service employee, in violation of 18 U.S.C. § 1709. [Doc. 1]. The Defendant's initial appearance and arraignment were held on December 27, 2011, at which time counsel with appointed and her case was placed on the January 4, 2012 calendar for trial. Upon the Defendant's motion, the Court continued this case to its present setting on the February 27, 2012 trial calendar. [Doc. 9].

The Defendant now moves for another continuance. For grounds, counsel states that additional time is needed to conduct additional investigation regarding the alleged offense conduct and the Defendant's

background. Counsel further represents that the Government does not oppose the requested continuance. [Doc. 14].

The Court finds that this case should be continued. If this case were not continued, counsel would not have an adequate opportunity to prepare for trial. The Court therefore finds that a failure to continue the case "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

For the reasons stated herein, the ends of justice served by the granting of the continuance outweigh the best interests of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion to Continue Jury Trial [Doc. 14] is **GRANTED**, and the above-captioned case is **CONTINUED** from the February 27, 2012 term in the Asheville Division.

**IT IS SO ORDERED**.

Signed: February 22, 2012

Martin Reidinger
United States District Judge