UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:11CR98 |
| | ) | |
| vs. | ) | <u>MOTION TO DISMISS</u> |
| | ) | |
| ANNA BLACKWELL BROWN | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Western District of North Carolina hereby moves to dismiss the Bill of Indictment in the above captioned case without prejudice.

Respectfully submitted this the 19th day of April, 2012.

    ANNE M. TOMPKINS
    United States Attorney
    s/ David Thorneloe
    Assistant United States Attorney
    V.A. Bar No. 71507
    100 Otis Street
    Asheville, NC 28801
    Telephone: 828-271-4661
    Fax: 828-271-4670
    E-mail: david.thorneloe@usdoj.gov

# CERTIFICATE OF SERVICE

      I certify that I have this day served a copy of the above upon the defendant via ECF to counsel of record, Fredilyn Sison, at Fredilyn_sison@fd.org.


This the 19th day of April, 2012.

                                        s/ David Thorneloe
                                        Assistant United States Attorney